IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JAKE C. PELT, ET AL., FOR THEMSELVES AND FOR AND ON BEHALF OF A CLASS OF PERSONS consisting of all Navajo Indians residing in San Juan County, Utah, including a sub-class of persons consisting of all other Indians the Secretary of Interior saw fit to settle on lands described in the 1933 Act [47 Stat. 1418] prior to May 17, 1968,<br><br>Plaintiffs,<br><br><br>vs.<br><br><br>STATE OF UTAH,<br><br>Defendant. | ORDER<br>AND<br>MEMORANDUM DECISION<br><br><br><br><br><br><br>Case No. 2:92-CV-639-TC |

The State of Utah has requested expedited briefing and hearing on its Motion for an Order Permitting Certain Witness Interviews.  The court agrees that expedited proceedings are appropriate.  Accordingly, the court ORDERS that Plaintiffs' brief in opposition to the State's Motion is due no later than Monday, September 10, 2007.  A hearing is hereby scheduled for Wednesday, September 12, 2007, at 11:00 a.m.

SO ORDERED this 30th day of August, 2007.

BY THE COURT:

TENA CAMPBELL
Chief Judge